# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOEL ROESSGER, DANIELLE STIMA, and JANE RANFT,<br><br>Plaintiffs,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC.,<br><br>Defendant. | Case No. 20-CV-1757-JPS<br><br><br>ORDER |

On September 16, 2020, Plaintiffs filed a complaint in Milwaukee County Circuit Court alleging violations of the Fair Credit Reporting Act by Defendant. (Docket #1). On November 23, 2020, their action was removed to this Court. (*Id.*) On March 11, 2021, all parties who have appeared in this case signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #7).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #7) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge